**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-32493-KRH |
| Yeny Esmerelda Diaz ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor(s) ) | |
| _____ ) | |

**ORDER OF SUBSTITUTION OF COUNSEL IN MULTIPLE CASES**

UPON Motion of the Debtor(s) to substitute counsel; and it

APPEARING TO THE COURT that the Debtor filed her proceedings under Chapter 7 of the Bankruptcy Code; and it

FURTHER APPEARING that the Debtor(s) desire to substitute Debtor's original counsel with Jessica L. Fellows, Esquire, both of whom consent to said substitution; it is therefore ORDERED that the Motion to Substitute Counsel be, and the same is hereby GRANTED, and Jessica L. Fellows, Esquire is hereby substituted as counsel for the Debtor(s) in place of Debtor's original counsel; and it is FURTHER ORDERED that Debtor's original counsel is hereby relieved of any further duties and obligations in this case.

                        Oct 8 2013
ENTERED this _____ day of _____, 2013.

                                    /s/ Kevin R Huennekens
                                    _____
                                    Judge, U.S. Bankruptcy Court

I ask for this:

 /s/   Jessica L. Fellows
Jessica L. Fellows (VSB#82095)          Entered on Docket: Oct 8, 2013
The America Law Group, Inc.
t/a The Debt Law Group
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428

**LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

s/ Jessica L. Fellows
Jessica L. Fellows

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Yeny Esmerelda Diaz  
    Debtor

Case No. 13-32493-KRH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: alleyk     Page 1 of 1     Date Rcvd: Oct 08, 2013  
                 Form ID: pdford9     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2013.  
db        +Yeny Esmerelda Diaz,   9701 Jefferson Davis Hwy,    Lot 130,    Richmond, VA 23237-4668  
          +Holly E. Trice,    The Debt Law Group - Richmond,    7825 Midlothian Turnpike,    Suite 104,     Richmond, VA 23235-5247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2013                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2013 at the address(es) listed below:  
          Bruce E. Robinson     bruce.robinsontr@gmail.com,  
           therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com  
          Holly M. E. Trice     on behalf of Debtor Yeny Esmerelda Diaz hollytricedlg@gmail.com,  
           thedebtlawgroupmail@gmail.com;2debtlawgroup@gmail.com;sherricwilmoth@gmail.com  
          Jessica L. Fellows     on behalf of Debtor Yeny Esmerelda Diaz fellows.jlCH@gmail.com,  
           kimberlyajenkins@gmail.com,thedebtlawgroupmail@gmail.com,sherricwilmoth@gmail.com  
                                                                                                                              TOTAL: 3